# EXHIBIT A

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SUSAN EATON, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | Case No. CJ-2010-5209 <br> Judge Fitzgerald |
| BANK OF OKLAHOMA, N.A. ) ) ) | |
| and ) ) ) | |
| BOK FINANCIAL CORPORATION, d/b/a <br> BANK OF OKLAHOMA, N.A. ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

DISTRICT COURT
**FILED**
APR 1 2 2011
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

<u>ORDER</u>

UPON the Motion to Dismiss (the "Motion") filed by Defendant Bank of Oklahoma, National Association ("Bank of Oklahoma") the Court set the Motion for hearing at 1:30 p.m. on March 14, 2011 and heard the oral arguments and presentations of counsel for the Parties. Based upon the Court's review of the Parties' filed briefs and the arguments made at the hearing, it is hereby:

**ORDERED**, that the Motion is hereby granted as to Count Three – Unjust Enrichment on the basis that, while the claim is not preempted by federal law, Count Three fails to state a claim on which relief may be granted.

**FURTHER** ORDERED, that the Motion is hereby denied as to Count One – Violation of the Oklahoma Consumer Protection Act and as to Count Two – Breach of Contract, including Breach of the Covenant of Good Faith and Fair Dealing, on the basis that the claims are not

1

Case 3:18-cv-00157-RJC-DSC   Document 29-1   Filed 10/09/18   Page 2 of 3

preempted by federal law and that each of Count One and Count Two states a claim on which relief may be granted.

**FURTHER** ORDERED, the Parties are to bear their own respective fees, costs and expenses incurred with respect to the Motion.

**DATED** this ___ day of April, 2011.

MARY F. FITZGERALD

JUDGE OF THE DISTRICT COURT

Submitted by:

**SNEED LANG HERROLD PC**

*Mark A. Waller*
Mark A. Waller, OBA # 14831
Andrew T. Harrison, OBA # 20718
1700 Williams Center Tower 1
One West Third Street
Tulsa, Oklahoma 74103
Telephone: (918) 588-1313
Facsimile: (918) 588-1314
mwaller@sneedlangherrold.com
**ATTORNEYS FOR PLAINTIFFS**

Approved as to form only by:

**FREDERIC DORWART, LAWYERS**

Frederic Dorwart, OBA #2436
J. Michael Medina, OBA #6113
Sarah W. Poston, OBA #22925
Old City Hall Building
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
(918) 583-9922 – Telephone
(918) 583-8251 -- Facsimile
**ATTORNEYS FOR DEFENDANTS**

2