IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LISA MORRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:18-cv-157-RJC-DSC |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Carolee A. Hoover]" (document #30) filed October 18, 2018. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: October 19, 2018

David S. Cayer
United States Magistrate Judge