IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LISA MORRIS, MICHAEL BUI, and TUMIKA WILLIAMS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:18-cv-157-RJC-DSC |

**ORDER**

**THIS MATTER** comes before the Court on "Plaintiffs' Motion to Strike New Arguments in Defendant's Reply, or in the Alternative, for Leave to File Surreply" (document #32). Defendant opposes the Motion.

For the reasons stated therein, the Motion is <u>granted in part</u> and <u>denied in part</u>. Plaintiff is <u>granted</u> leave to file a sur-reply within five days of entry of this Order. Otherwise, the Motion is <u>denied</u>.

**SO ORDERED**.

Signed: October 24, 2018

David S. Cayer
United States Magistrate Judge