IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LISA MORRIS, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br><br>       Defendant. | CASE NO. 3:18-cv-157-RJC-DSC |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for David L. Permut]" (document #60). For the reasons stated therein, the Motion is granted.

       **SO ORDERED**.

Signed: October 9, 2019

David S. Cayer
United States Magistrate Judge