# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| LISA MORRIS, MICHAEL BUI, TUMIKA WILLIAMS, ALBERT EDGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:18-CV-157-RJC-DSC |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

Plaintiffs, Lisa Morris, Michael Bui, Tumika Williams, and Albert Edge ("Plaintiffs"), and Defendant, Bank of America, N.A., by and through counsel, respectfully move the Court for an extension of time of fourteen (14) days, through and including May 12, 2021, within which to file their Motion for Preliminary Approval.

The parties have been diligently working on a settlement agreement and believe all remaining issues will be resolved and signatures obtained within fourteen days of the original deadline of April 28, 2021.

WHEREFORE, the Parties respectfully request that the time for Plaintiffs to file their Motion for Preliminary Approval be extended through and including May 12, 2021.

Dated:  April 28, 2021

s/ Larry McDevitt
Larry McDevitt
N.C. State Bar No. 5032
David Wilkerson
N.C. State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
 (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Jeffrey D. Kaliel
Sophia Gold
**KALIEL PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com
Admitted Pro Hac Vice

James J. Pizzirusso
**HAUSFELD LLP**
888 16th St., NW, Ste 300
Washington, DC 20006
(202) 540-7154
jpizzirusso@hausfeld.com
Admitted Pro Hac Vice
*Attorneys for Plaintiff and the Putative Class*

2

<u>s/ Brian A. Kahn</u>
Brian A. Kahn
N.C. State Bar No. 29291
**MCGUIREWOODS LLP**
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2300
Facsimile: (704) 343-2300
BKahn@mcguirewoods.com

Carolee A. Hoover (admitted pro hac vice)
California State Bar No. 282018
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944
CHoover@mcguirewoods.com
***Attorneys for Defendant Bank of America, N.A***
