UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CV-157-RJC-DSC

LISA MORRIS, MICHAEL BUI, TUMIKA WILLIAMS, ALBERT EDGE and KRISTEN VALPERGA on behalf of themselves and all others similarly situated,

    Plaintiffs

, vs.

BANK OF AMERICA, N.A.,

    Defendant.

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS

Plaintiffs move for entry of an Order granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards. The grounds for this Motion are set forth in a Memorandum filed contemporaneously herewith.

Dated: October 12, 2021                Respectfully submitted,

By: s/ Larry McDevitt
Larry McDevitt
NC State Bar No. 5032
David M. Wilkerson
NC State Bar No.35742
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
(828) 258-2991
*dwilkerson@vwlawfirm.com*
*lmcdevitt@vwlawfirm.com*

Jeffrey D. Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
*jkaliel@kalielpllc.com*
*sgold@kalielpllc.com*

James J. Pizzirusso
HAUSFELD LLP
888 16th St., Suite 300
Washington, DC 20006
(202) 540-7200
*jpizzirusso@hausfeld.com*

Co-Lead and Liaison Counsel for the Class