# Ex. 3

# to Fitzpatrick Declaration

Documents reviewed:

- Memorandum and Recommendation (that the motion to dismiss be granted in part and denied in part) (document 38, filed 1/8/19)

- Order (granting in part and denying in part motion to dismiss) (document 42, filed 3/29/19)

- Fourth Amended Class Action Complaint (document 85, filed 5/12/21)

- Stipulation and Settlement Agreement and Release ("Settlement Agreement") (document 86-1, filed 5/12/21)

- Brief in Support of Motion for Preliminary Approval of Settlement (document 86-2, filed 5/12/21)

- Joint Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Settlement ("Joint Declaration") (document 86-3, filed 5/12/21)

- Order Granting Preliminary Approval of Settlement, Conditionally Certifying the Settlement Class, Approving Form of Notice, Directing Dissemination of Notice, and Scheduling Final Fairness Hearing (document 88, filed 7/29/21)