UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:18-CV-157-RJC-DSC

LISA MORRIS, MICHAEL BUI, TUMIKA WILLIAMS, ALBERT EDGE and KRISTEN VALPERGA on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

v.

BANK OF AMERICA, N.A.,

    *Defendant*.

## UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Lisa Morris, Michael Bui, Tumika Williams, Albert Edge, and Kristen Valperga ("Plaintiffs"), on behalf of themselves and proposed a class of current and former Bank of America, N.A. ("BANA") accountholders, move for entry of an Order granting Final Approval of the Settlement Agreement.

For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that the Court: (1) grant Final Approval to the Settlement; (2) finally certify the proposed Settlement Class for settlement purposes, pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure; (3) grant Plaintiffs' pending Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (Dkt. No. 89); and (4) enter Final Judgment.

Dated: December 13, 2021

Respectfully submitted,

By: s/ Larry McDevitt
Larry McDevitt
NC State Bar No. 5032
David M. Wilkerson
NC State Bar No. 35742
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
(828) 258-2991
*dwilkerson@vwlawfirm.com*
*lmcdevitt@vwlawfirm.com*

Jeffrey D. Kaliel
Sophia Gold
KALIELGOLD PLLC
1100 15th St., NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
*jkaliel@kalielpllc.com*
*sgold@kalielgoldpllc.com*

James J. Pizzirusso
HAUSFELD LLP
888 16th St., Suite 300
Washington, DC 20006
(202) 540-7200
*jpizzirusso@hausfeld.com*

**Attorneys for Plaintiffs and Class and Liaison Counsel**