IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00157-RJC-DSC

| | |
|---|---|
| LISA MORRIS et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| BANK OF AMERICA N.A., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Ian J. Engdahl]" (document #91) filed December 14, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 14, 2021

David S. Cayer
United States Magistrate Judge