# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Lisa Morris, et al | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:18-cv-00157-RJC-DSC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Bank of America, N.A., | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2022 Order.

January 24, 2022

Frank G. Johns, Clerk
United States District Court