UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00157-RJC-DSC

| | |
|---|---|
| LISA MORRIS, MICHAEL BUI, and TUMIKA WILLIAMS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | ORDER |

**THIS MATTER** comes before the Court on documents purporting to be Notices of Appeal filed by the United States Department of the Treasury as "substituted party." (Doc. Nos. 96, 97).

This Court has not designated the Treasury Department as a substitute party. Additionally, the documents reference "federal trustee" Duane L. Berry as a class member in this litigation. The post marks on the envelopes indicate that the purported Notices of Appeal were mailed from or near the town in Michigan to which his settlement check was sent, rather than Washington, D.C. (Doc. No. 95 at 12-13; Doc. No. 12-13).

**IT IS, THEREFORE, ORDERED** that the United States Attorney shall file a pleading within fourteen (14) days of the entry of this Order stating whether the

1

documents, (Doc. No. 96, 97), were filed under the authority of the United States Department of the Treasury.

**SO ORDERED.**

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge