UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00157-RJC-DSC

| | |
|---|---|
| LISA MORRIS, MICHAEL BUI, and TUMIKA WILLIAMS, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BANK OF AMERICA, N.A., )<br><br>Defendant. ) | ORDER |

**THIS MATTER** comes before the Court on documents purporting to be Notices of Appeal filed by the United States Department of the Treasury as "substituted party." (Doc. Nos. 96, 97). Other miscellaneous pleadings have been submitted allegedly under the signature of United States Attorney General Merrick Garland on behalf of the Treasury Department. (See e.g. Doc. Nos. 98, 100, 102).

Considering the Treasury Department is not a party in this matter, the Court requested that the United States Attorney determine whether such documents were filed under the authority of that entity. (Doc. No. 99). The government's Response clearly establishes the inauthenticity of the documents. (Doc. No. 101).

**IT IS, THEREFORE, ORDERED** that the purported "Treasury Department" documents, (Doc. Nos. 95, 96, 97, 98, 100, 102), are **STRICKEN**.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall not accept for filing any pleading not submitted by counsel for a named party in this matter absent permission from the Court.

**SO ORDERED.**

Signed: August 31, 2022

Robert J. Conrad, Jr.
United States District Judge